IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GREGORY ALAN PUTZKE,

        Appellant,

v.

        Case No.  5D22-2619
        LT Case No. 2017-CF-000479-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court for Sumter County,
Mary Hatcher, Judge.

Gregory Alan Putzke, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.